IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10793
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KENNETH W. LEE,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:94-CR-349-X
- - - - - - - - - -
April 16, 1996
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Kenneth W. Lee argues that the district court erred in failing to grant him a downward adjustment of his offense level for acceptance of responsibility.

We have reviewed the record, including the presentence report, the transcript of the sentencing hearing, and the briefs, and we affirm the district court's decision to deny Lee a reduction of his offense level for acceptance of responsibility substantially for the reasons stated by the district court at the

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

sentencing hearing.  See <u>United States v. Kenneth W. Lee</u>, No.

3:94-CR-349-X (N. D. Tex. Aug 24, 1995).

AFFIRMED.